ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

failure to prosecute in accordance with the rules.

**Eddie HOWARD, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2011–7044.**

United States Court of Appeals, Federal Circuit.

March 9, 2011.

David J. Lowenstein, Goodman, Allen & Filetti, Arlington, VA, for Claimant–Appellant.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for

**Thomas E. NEWBERRY, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2011–7042.**

United States Court of Appeals, Federal Circuit.

March 9, 2011.

Thomas E. Newberry, Fort Payne, AL, pro se.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for

failure to prosecute in accordance with the rules.

**Brenda R. REED, Petitioner,**

v.

**DEPARTMENT OF the TREASURY, Respondent.**

No. 2011–3080.

United States Court of Appeals, Federal Circuit.

March 9, 2011.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**SUNSTONE DENTAL, LLC, Plaintiff–Appellant,**

v.

**KAVO DENTAL GMBH and Kavo Dental Corporation, Defendants–Appellees.**

No. 2011–1090.

United States Court of Appeals, Federal Circuit.

March 9, 2011.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Peter MARONEY, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2010–3173.

United States Court of Appeals, Federal Circuit.

March 9, 2011.